IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ONSCREEN DYNAMICS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendant. | Civil Action No. 4:18-cv-268-ALM |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Onscreen Dynamics LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

　　IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice.

　　IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

　　All relief not previously granted is hereby denied.

　　The Clerk is directed to close this civil action.

　**SIGNED this 19th day of November, 2018.**

_____
AMOS L. MAZZANT